# HUNTON ANDREWS KURTH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2020

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

JENNIFER L. BLOOM
DIRECT DIAL: 212 • 309 • 1314
EMAIL: jbloom@hunton.com

September 24, 2020

FILE NO: 054941.0000080

**Via ECF**

Hon. Colleen McMahon, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten memo endorsement: 9/28/2020 (1) No stays (2) Use my deadlines — CM]*

Re:  *Sparks v. About, Inc.*, 1:20-cv-4661 (CM)

Dear Chief Judge McMahon: **MEMO ENDORSED**

We represent About, Inc. ("About") in the above matter and write jointly on behalf of both parties further to the Rule 16 conference held on September 21, 2020.

Prior to the conference, the parties submitted a proposed case management order which was faxed to the Court on September 16, 2020 pursuant to Your Honor's Individual Rule III.B. (A copy is attached hereto.) Given that the Court has now set a deadline for filing a final pretrial order which differs from the deadline set forth in the Order, the parties wish to know if the Court would like them to submit a revised proposed case management order aligned with that date.

Furthermore, in light of the thirty (30) day period set by the Court for settlement negotiations, the parties respectfully request a stay of applicable deadlines during this period.

The parties thank the Court for its consideration of these matters.

Respectfully submitted,

*/s/ Jennifer L. Bloom*

Jennifer L. Bloom

cc:  Counsel of record (via ECF)

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON  LONDON  LOS ANGELES
MIAMI  NEW YORK  NORFOLK  RALEIGH/DURHAM  RICHMOND  SAN FRANCISCO  THE WOODLANDS  TYSONS  WASHINGTON, DC

054941.0000080 EMF_US 81925149v2          www.HuntonAK.com